1  SO. CAL EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Avenue, Second Floor
3  Los Angeles, CA  90004
   Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorney for Plaintiff,
6  LUZ ZENDEJAS

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11
   LUZ ZENDEJAS,                          Case No.: 2:23-cv-00146 PSG (AFMx)
12
             Plaintiff,
13                                         **NOTICE OF VOLUNTARY
        vs.                                DISMISSAL OF ENTIRE CASE
14                                         WITHOUT PREJUDICE**
   HUT INVESTMENTS, LLC; and
15 DOES 1 to 10,

16           Defendants.

17

18
        **PLEASE TAKE NOTICE** that Plaintiff LUZ ZENDEJAS ("Plaintiff")
19
   pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily
20
   dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil
21
   Procedure Rule 41(a)(1) which provides in relevant part:
22
        (a) **Voluntary Dismissal.**
23
             (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2,
24
                   and 66 and any applicable federal statute, the plaintiff may
25
                   dismiss an action without a court order by filing:
26
                   (i)   A notice of dismissal before the opposing party serves
27
                         either an answer or a motion for summary judgment.
28

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: June 2, 2023           SO. CAL EQUAL ACCESS GROUP

                                             */s/ Jason J. Kim*
                                          JASON J. KIM
                                        Attorney for Plaintiff